| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | **Stephen Schott** |
| | *aka Stephen J. Schott, aka Steve J. Schott, aka Steve Schott, aka Steven J. Schott* |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF PENNSYLVANIA** (State) |
| Case number | 19-00123-MJC |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank trust National Association, as Trustee of LB-Tiki Series IV Trust

**Last four digits** of any number you use to identify the debtor's account: 0574

**Court claim no.** (if known): 8-1

**Date of payment change:** 05/14/2023
Must be at least 21 days after date of this notice

**New total payment:** $664.59
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $59.08    New escrow payment: $165.42

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

Current Interest Rate: _____    New interest rate: _____
Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

Reason for change: _____
Current mortgage payment: $_____    New mortgage payment: $_____

| Debtor 1 | Stephen Schott<br>aka Stephen J. Schott, aka Steve J. Schott, aka Steve Schott, aka Steven J. Schott | Case Number (if known) | 19-00123-MJC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box*
☐   I am the creditor.
☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Lauren Moyer, Esq**                                Date  March 30, 2023
   Signature

Print:       Lauren Moyer                              Title  Attorney for Creditor
              First name   Middle Name   Last name

Company   Friedman Vartolo LLP

Address    1325 Franklin Avenue, Suite 160,
              Number        Street

              Garden City          NY        11530
              City                 State     Zip Code

Contact phone   (212) 471-5100    Email:   bankruptcy@friedmanvartolo.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2771 o 2750
8:00 a.m. - 5:00 p.m. Pacific Time

STEVE J SCHOTT
40 OLIVER ST
WILKES BARRE PA 18705

Analysis Date: March 13, 2023
Property Address: 40 OLIVER STREET WILKES BARRE, PA 18705

Final

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from May 2022 to Apr 2023. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective May 14, 2023: |
|---|---|---|
| Principal & Interest Pmt: | 465.82 | 499.17 ** |
| Escrow Payment: | 59.08 | 165.42 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $524.90 | $664.59 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 14, 2023 |
| Escrow Balance: | (6,748.30) |
| Anticipated Pmts to Escrow: | 118.16 |
| Anticipated Pmts from Escrow (-): | 106.30 |
| Anticipated Escrow Balance: | ($6,736.44) |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (8,979.90) |
| May 2022 | 59.08 | 119.67 | 59.08 | 58.98 | * | Forced Place Insur | 0.00 | (8,919.21) |
| Jun 2022 | 59.08 | 119.67 | 59.08 | 58.66 | * | Forced Place Insur | 0.00 | (8,858.20) |
| Jul 2022 | 59.08 | 39.89 | 59.08 | 58.34 | * | Forced Place Insur | 0.00 | (8,876.65) |
| Aug 2022 | 59.08 | 159.56 | 59.08 | 58.24 | * | Forced Place Insur | 0.00 | (8,775.33) |
| Sep 2022 | 59.08 | 79.78 | 59.08 | 57.80 | * | Forced Place Insur | 0.00 | (8,753.35) |
| Oct 2022 | 59.08 | 59.08 | 59.08 | 57.58 | * | Forced Place Insur | 0.00 | (8,751.85) |
| Oct 2022 | | 2,034.81 | | | * | Escrow Only Payment | 0.00 | (6,717.04) |
| Nov 2022 | 59.08 | 59.08 | 59.08 | 53.89 | * | Forced Place Insur | 0.00 | (6,711.85) |
| Dec 2022 | 59.08 | 59.08 | 59.08 | 53.70 | * | Forced Place Insur | 0.00 | (6,706.47) |
| Jan 2023 | 59.08 | 59.08 | 59.08 | 53.49 | * | Forced Place Insur | 0.00 | (6,700.88) |
| Feb 2023 | 59.08 | 59.08 | 59.08 | 53.35 | * | Forced Place Insur | 0.00 | (6,695.15) |
| Mar 2023 | 59.08 | | 59.08 | 53.15 | * | Forced Place Insur | 0.00 | (6,748.30) |
| Apr 2023 | 59.08 | | 59.08 | | * | Forced Place Insur | 0.00 | (6,748.30) |
| | | | | | | Anticipated Transactions | 0.00 | (6,748.30) |
| Mar 2023 | | 59.08 | | 53.15 | | Forced Place Insur | | (6,742.37) |
| Apr 2023 | | 59.08 | | 53.15 | | Forced Place Insur | | (6,736.44) |
| | $708.96 | $2,966.94 | $708.96 | $723.48 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 708.96. Under Federal law, your lowest monthly balance should not have exceeded 118.16 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: March 13, 2023　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Final
Borrower: STEVE J SCHOTT

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (6,736.44) | 0.00 |
| May 2023 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Jun 2023 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Jul 2023 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Aug 2023 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Sep 2023 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Oct 2023 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Nov 2023 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Dec 2023 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Jan 2024 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Feb 2024 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Mar 2024 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
| Apr 2024 | 53.15 | 53.15 | Forced Place Insur | (6,736.44) | 0.00 |
|  | $637.80 | $637.80 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 0.00. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 106.30 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (6,736.44). Your starting balance (escrow balance required) according to this analysis should be $0.00. This means you have a shortage of 6,736.44. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 60 months.

We anticipate the total of your coming year bills to be 637.80. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 53.15 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 112.27 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $165.42 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $552.32 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
IN RE: : CASE NO.: 19-00123-MJC
:
Stephen Schott : CHAPTER: 13
   *aka Stephen J. Schott aka Steve J, Schott* :
   *aka Steve Schott aka Steven J. Schott* : HON. JUDGE.: Mark J Conway
:
***Debtor(s)*** :
:
:
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, __Lauren M. Moyer, Esq__, certify that on __March 30, 2023__, I caused to be served a true copy of the annexed **NOTICE OF PAYMENT CHANGE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

    By: /s/ Lauren M. Moyer, Esq
    FRIEDMAN VARTOLO LLP
    1325 Franklin Avenue,
    Suite 160
    Garden City, New York
    T: (212) 471-5100
    F: (212) 471-5150

# SERVICE LIST

**STEPHEN SCHOTT**
*aka Stephen J. Schott*
*aka Steve J. Schott*
*aka Steve Schott*
*aka Steven J. Schott*
17 Thomas Lane
Kingston, PA 18704-2621
***Debtor***

**PAUL W MCELRATH, JR.**
*MCELRATH LEGAL HOLDINGS, LLC*
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
***Debtor's Attorney***

**JACK N ZAHAROPOULOS (TRUSTEE)**
*STANDING CHAPTER 13 TRUSTEE*
8125 Adams Drive, Suite A
Hummelstown, PA 17036
***Trustee***

**UNITED STATES TRUSTEE**
*ASST. U.S. TRUSTEE*
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
***U.S. Trustee***

Case 5:19-bk-00123-MJC    Doc    Filed 03/30/23    Entered 03/30/23 10:14:52    Desc
Main Document    Page 8 of 8